STATE OF NEW JERSEY v. ALEX BIRNBAUM, *ET AL.*

January 18, 1972. Petition for certification denied.

LEIFUR HALLGRIMSON, *ET AL.* v. CHURCHILL FOREST INDUSTRIES, *ET AL.*

January 18, 1972. Petition for certification denied.

BERNARD BROWN, *ET AL.* v. SOUTH JERSEY GAS COMPANY.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. OTIS LEE CURRY.

January 18, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. MARVIN ELLISON.

January 18, 1972. Petition for certification denied.

EDWARD A. CHOREY, *ET AL.* v. DE CAMP BUS LINES, INC., *ET AL.*

January 18, 1972. Petition for certification denied.